# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2022-1122**

Danny Lee Sharp v. State of Alabama (Appeal from Jackson Circuit Court: CC-19-652, CC-19-653, CC-19-655, CC-19-656, and CC-19-657)

## <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk